IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

MAR 1 1 2016

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BRANDON ANSTEY

        Defendant.

8:16MJ61

ORDER FOR DISMISSAL

        Pursuant to Motion of the United States (Filing No.    ), leave of court is granted for the

filing of the dismissal of the Criminal Complaint against Brandon Anstey.

        IT IS ORDERED that the Motion to Dismiss the Criminal Complaint (Filing No.   ) is

granted.

        Dated this _____ 11th day of March, 2016.

BY THE COURT:

_____
THOMAS D. THALKEN
United States Magistrate Judge

*Defendant to be released from custody forthwith.*

I certified copy to USM