FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

MAR 11 2016

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRANDON ANSTEY

    Defendant.

8:16MJ61

ORDER FOR DISMISSAL

Pursuant to Motion of the United States (Filing No.   ), leave of court is granted for the filing of the dismissal of the Criminal Complaint against Brandon Anstey.

IT IS ORDERED that the Motion to Dismiss the Criminal Complaint (Filing No.   ) is granted.

Dated this 11th day of March, 2016.

BY THE COURT:

_____
THOMAS D. THALKEN
United States Magistrate Judge

Defendant to be released from custody forthwith.

1 certified copy to USM